1   BENJAMIN B. WAGNER
    United States Attorney
2   DANIEL S. McCONKIE
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone:  (916) 554-2725



5

6

7

8         IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,   )  2:10-CR-00299 EJG
                           )
12         Plaintiff,   )  PRELIMINARY ORDER
                           )  OF FORFEITURE
13     v.   )
                           )
14   JAMES REDMILL,   )
                           )
15         Defendant.   )
    _____)

16

17     Based upon the plea agreement entered into between plaintiff

18   United States of America and defendant James Redmill, it is

19   hereby ORDERED, ADJUDGED AND DECREED as follows:

20     1.    Pursuant to 21 U.S.C. § 853(a), defendant James

21   Redmill's interest in the following property shall be condemned

22   and forfeited to the United States of America, to be disposed of

23   according to law:

24         a.    Real property located at 8250 Wild Turkey Road,
                Igo, California, APN: 042-140-014-000.
25

26     2.  The above-listed property constitutes property used, or

27   intended to be used, in any manner or part, to commit, or to

28   facilitate the commission of violations of 21 U.S.C. §§ 846 and

          Preliminary Order of Forfeiture

1  841(a)(1).

2      3.  Pursuant to Rule 32.2(b), the Attorney General (or a

3  designee) shall be authorized to seize the above-listed property.

4  The aforementioned property shall be seized and held by the U.S.

5  Marshals Service in its secure custody and control.

6      4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,

7  the United States shall publish notice of the order of

8  forfeiture.  Notice of this Order and notice of the Attorney

9  General's (or a designee's) intent to dispose of the property in

10  such manner as the Attorney General may direct shall be posted

11  for at least 30 consecutive days on the official internet

12  government forfeiture site www.forfeiture.gov.  The United States

13  may also, to the extent practicable, provide direct written

14  notice to any person known to have alleged an interest in the

15  property that is the subject of the order of forfeiture as a

16  substitute for published notice as to those persons so notified.

17      b.  This notice shall state that any person, other

18  than the defendant, asserting a legal interest in the above-

19  listed property, must file a petition with the Court within sixty

20  (60) days from the first day of publication of the Notice of

21  Forfeiture posted on the official government forfeiture site, or

22  within thirty (30) days from receipt of direct written notice,

23  whichever is earlier.

24      5.  If a petition is timely filed, upon adjudication of all

25  third-party interests, if any, this Court will enter a Final

26  ///

27  ///

28  ///

                    Preliminary Order of Forfeiture

1  Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all

2  interests will be addressed.

3      SO ORDERED this __13th__ day of ___July___, 2012.

4

5  _____

6  EDWARD J. GARCIA
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Preliminary Order of Forfeiture