UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM AND ORDER

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

        RE: James Howard REDMILL
           Docket Number: 2:10CR00299-11
           **CONTINUANCE OF JUDGMENT**
           **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 24, 2012 to October 5, 2012 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The PSR interview has been completed. Due to the complexity of the case and conflicting schedules amongst the parties, the following proposed schedule is offered.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**FILED**
JUL 24 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LYNDA M. MOORE
United States Probation Officer

REVIEWED BY: JEFFREY C. OESTREICHER
**Supervising United States Probation Officer**

Dated:  July 23, 2012
      Sacramento, California
      LMM/tau

1

RE: James Howard REDMILL
Docket Number: 2:10CR00299-11
<u>CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER</u>

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____  7/24/12
EDWARD J. GARCIA
**Senior United States District Judge**    Date

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:10CR00299-11 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **James Howard REDMILL** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/05/2012 at 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 09/28/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 09/21/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 09/14/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/07/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 08/24/2012 |

3

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG