UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA **FILED**

## MEMORANDUM AND ORDER

SEP 27 2012



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

> **RE:** **James Howard REDMILL**
> **Docket Number: 2:10CR00299-11**
> <u>**CONTINUANCE OF JUDGMENT**</u>
> <u>**AND SENTENCING; ORDER**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 5, 2012 to November 2, 2012 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Based on the complexity of this case, all parties have agreed to a continuation of judgment and sentencing.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

**LYNDA M. MOORE**
United States Probation Officer

**REVIEWED BY:**

**JEFFREY C. OESTREICHER**
Supervising United States Probation Officer

Dated:      September 26, 2012
            Sacramento, California
            LMM:jr

1

**RE:   James Howard REDMILL**
**Docket Number:   2:10CR00299-11**
**CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Federal Defender (If defense counsel is court-appointed)
       Probation Office Calendar clerk

✓ **Approved**

9/25/12

**EDWARD J. GARCIA**
**Senior United States District Judge**        **Date**

___ **Disapproved**

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**

**Plaintiff,**

vs.

**James Howard REDMILL**

**Defendant.**
_____/

**Docket Number: 2:10CR00299-11**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/02/2012 at 10:00 am |
| Reply, or Statement of Non-Opposition: | 10/26/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/19/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/12/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/05/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 09/21/2012 |

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG