BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00299-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING JUDGMENT AND |
| | ) | SENTENCING DATE |
| JAMES HOWARD REDMILL, | ) | |
| | ) | |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| | ) | |
| | ) | |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on November 18, 2013.

2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until February 10, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

///

DATED: November 8, 2013          ___/s/ Justin L. Lee___
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

DATED: November 8, 2013          ___/s/ Donald Dorfman___
                                 DONALD DORFMAN
                                 Attorney for JAMES HOWARD REDMILL
                                 (as authorized on November 7, 2013)


### ORDER

 IT IS SO FOUND AND ORDERED.

Dated:  November 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE