1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) 2:10-CR-00299-11 WBS
                                  )
12          Plaintiff,            )
                                  ) STIPULATION AND ORDER
13      v.                        ) CONTINUING JUDGMENT AND
                                  ) SENTENCING DATE
14 JAMES HOWARD REDMILL,          )
                                  )
15                                ) Judge: Hon. William B. Shubb
            Defendant.            )
16                                )
                                  )
17

18                        **<u>STIPULATION</u>**

19     The United States, by and through its undersigned counsel, and

20 the defendant, by and through his counsel of record, hereby stipulate

21 as follows:

22   1. This matter was previously set for a Judgment and Sentencing

23      Hearing on February 10, 2014.

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Continue            1            United States v. Redmill

2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until May 12, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

DATED: February 3, 2014  /s/ Justin L. Lee
JUSTIN L. LEE
Assistant U.S. Attorney

DATED: February 3, 2014  /s/ Donald Dorfman
DONALD DORFMAN
Attorney for JAMES HOWARD REDMILL

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 4, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE