HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES REDMILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES HOWARD REDMILL, <br><br> Defendant. | No. Cr. S 10 299-11 WBS <br><br> **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** <br><br> RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE <br><br> Judge: The Honorable WILLIAM B. SHUBB |

Defendant, JAMES REDMILL, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On May 12, 2014, this Court sentenced Mr. Redmill to a term of 22 months imprisonment;

3. Mr. Redmill's total offense level was 27, his criminal history category was I, and the resulting guideline range was 70 to 87 months. He received a reduction from the low-end of the guideline range on government motion;

4.      The sentencing range applicable to Mr. Redmill was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Redmill's total offense level has been reduced from 27 to 25, and his amended guideline range is 57 to 71 months. A reduction comparable to the one he received initially yields a term of 17 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Redmill's term of imprisonment to a total term of 17 months. The parties agree that the requested sentence is fair and appropriate pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

Dated:  September 30, 2015                    Dated:   September 30, 2015

BENJAMIN B. WAGNER                            HEATHER E. WILLIAMS
United States Attorney                        Federal Defender


 /s/ *Jason Hitt*                              /s/ *Hannah Labaree*
JASON HITT                                    HANNAH LABAREE
Assistant U.S. Attorney                       Assistant Federal Defender

Attorney for Plaintiff                        Attorney for Defendant
UNITED STATES OF AMERICA                      JAMES REDMILL

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Redmill is entitled to the benefit Amendment 782, which reduces the total offense level from 27 to 25, resulting in an amended guideline range of 57 to 71 months. A reduction comparable to the one he received initially yields a term of 18 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2014 is reduced to a term of 18 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Redmill shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  October 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE