AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:10-cr-00299-WBS Document 490 Filed 10/19/15 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.

JAMES HOWARD REDMILL

Case No: 2:10-CR00299-11 WBS

USM No: 67838-097

Date of Original Judgment: 5/12/2014
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Hannah Labaree, Asst. Federal Defender
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, because it is the sentence both parties have now asked the court to impose,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  22  months **is reduced to**  18 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  5/27/2014  shall remain in effect.

**IT IS SO ORDERED.**

Order Date: October 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date:  11/1/2015 
*(if different from order date)*

William B. Shubb, U.S. District Court Judge
*Printed name and title*